## MUSTIN v. STATE.
### No. 18582.

Court of Criminal Appeals of Texas.
Nov. 18, 1936.

E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

Theft of chickens is the offense; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The record is before us without statement of facts or bills of exceptions.

No error having been perceived, the judgment is affirmed.